Opinion filed December 15, 2016



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00138-CV
_____

**DIANA GODINES, INDIVIDUALLY AND ON BEHALF OF AMANDO GODINES, SR., DECEDENT; MICHAEL GODINES; AMANDO GODINES, JR.; AND DEANNA QUITUGUA, Appellants**

**V.**

**J.W. MULLOY ASSOCIATES, INC., Appellee**

**On Appeal from the 238th District Court**
**Midland County, Texas**
**Trial Court Cause No. CV-52268**

## MEMORANDUM OPINION

Appellants have filed in this court an unopposed motion to dismiss this appeal. In the motion, Appellants request that we dismiss this appeal because they no longer wish to pursue it. *See* TEX. R. APP. P. 42.1. Appellants have certified that Appellee does not oppose the motion, and the parties have agreed that each party shall bear its own costs.

We grant the motion and dismiss the appeal.

PER CURIAM

December 15, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.